BOROUGH OF EAST RUTHERFORD v. BLOCK NO. 73,
LOT NO. 37, ET AL.

NAOMI WILZIG, ET AL. v. SELIG J. SISSLEMAN AND
J.D. CONSTRUCTION CORPORATION.

February 25, 1986.

Petition for certification denied.

GATEWAY FREIGHT SYSTEMS, INC. v. BERTRAM KRIEGMAN
AGENCY AND GENERAL ACCIDENT GROUP.

GATEWAY FREIGHT SYSTEMS, INC. v. BERTRAM KRIEGMAN
AGENCY AND GENERAL ACCIDENT GROUP.

February 25, 1986.

Petition for certification denied.

NANCY BURNS v. JAMES BURNS, ET AL.

February 25, 1986.

Leave to appeal granted.